### Vinnie Ella GENTRY, Plaintiff/Appellant,

v.

### STATE FARM MUTUAL AUTOMOBILE INSURANCE CO., and Mitchell A. Kilo Insurance Agency Inc., Defendants/Respondents.

#### No. 71182.

Missouri Court of Appeals, Eastern District, Division Four.

March 25, 1997.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 14, 1997.

Application to Transfer Denied June 17, 1997.

Ray A. Gerritzen, St. Louis, Plaintiff/Appellant.

John G. Enright, St. Louis, Defendants/Respondents.

Before RHODES RUSSELL, P.J., and SIMON and KAROHL, JJ.

*ORDER*

PER CURIAM.

This is an appeal from an order dismissing an amended petition filed by Vinnie Ella Gentry (plaintiff), against State Farm Mutual Automobile Insurance Company (State Farm) and Mitchell A. Kilo Insurance Agency, Inc. ("insurance agency"), collectively respondents, alleging negligence based upon respondents' failure to advise her of the availability of underinsured motorist coverage. The trial court dismissed plaintiff's amended petition for failure to state a claim upon which relief can be granted. Based upon our holding in *Farmers Ins. Co., v. McCarthy,* 871 S.W.2d 82 (Mo.App.1994), we affirm.

An extended opinion would serve no precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the reasons for this order. The judgment is affirmed pursuant to Rule 84.16(b).